IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-02847-MSK-MEH | Date:   April 22, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

LADONNA PETRATIS,                                                      Robert Liechty

     Plaintiff,

vs.

FIRE ALARM SERVICES, INC., and                               Laurie Rust
SHANNON SMITH,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     **10:29 a.m.**

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Defendants' Motion to Compel Discovery Responses Pursuant to Fed. R. Civ. P. 37 and D.C.Colo.LCivR 37.1 (Doc. 23, filed 4/1/14).

10:34 a.m.     Off the record to discuss settlement possibilities.
11:19 a.m.     On the record.

Continued argument and discussion regarding the motion.

**ORDERED:**  Defendants' Motion to Compel Discovery Responses Pursuant to Fed. R. Civ. P. 37 and D.C.Colo.LCivR 37.1 (Doc. 23, filed 4/1/14) is GRANTED in part and TAKEN UNDER ADVISEMENT in part as stated on the record.   Plaintiff shall submit in writing the calculations she used in determining overtime to Defendants on or before **May 2, 2014**.   The Court takes the issue of attorneys' fees under advisement.

Counsel for Defendants is directed to file an affidavit of attorneys' fees and costs with the Court.

**Court in recess:**     **11:33 a.m.**   (Hearing concluded)
**Total time in court:**   0:19

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.