IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02847-MSK-MEH

LADONNA PETRATIS,

    Plaintiff,

v.

FIRE ALARM SERVICES, INC., and
SHANNON SMITH,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 14, 2014.**

    Before the Court are Defendants' Second Motion to Compel Discovery Responses Pursuant to Fed. R. Civ. P. 37 and D.C. Colo. LCivR 37.1 [filed April 22, 2014; docket # 31], Defendants' Motion to Dismiss Claim for Intentional Interference with Contractual Relations Against Shannon Smith Pursuant to Fed. R. Civ. P. 12(b)(6) [filed April 24, 2014; docket # 35], and Defendants' Refiled Motion to Dismiss Claim for Intentional Interference with Contractual Relations Against Shannon Smith Pursuant to Fed. R. Civ. P. 12(b)(6) [filed April 25, 2014; docket # 36]. Also before the Court is Defendants' [First] Motion to Compel Discovery Responses Pursuant to Fed. R. Civ. P. 37 and D.C. Colo. LCivR 37.1 [filed April 1, 2014; docket # 23], to the extent it has not yet been ruled on.

    On May 12, 2014, the parties appeared before the Court for an Early Neutral Evaluation. Afterward, the parties contacted the Court to advise that the above-captioned matter has been resolved. Therefore, the motions [dockets ## 31, 35, 36] are **denied without prejudice**. In addition, to the extent it has not yet been ruled on, Defendants' [First] Motion to Compel Discovery Responses Pursuant to Fed. R. Civ. P. 37 and D.C. Colo. LCivR 37.1 [docket # 23] is **denied without prejudice**.